1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

12   ROCHELLE K. MATEFFY,                        )   Case No.05cv1496 JM(WMc)
                                                 )
13             Plaintiff,                        )
     v.                                          )   ORDER GRANTING JOINT MOTION
14                                               )   FOR DISMISSAL [Docket No. 50]
     CITY OF SAN DIEGO, a municipal              )
15   corporation; SAN DIEGO DEPARTMENT           )
     OF POLICE, a sub-agency of the CITY OF      )
16   SAN DIEGO; WILLIAM LANSDOWNE,               )
     Chief of Police of the San Diego Department )
17   of Police, in his individual and official   )
     capacities; Police Officer LAWRENCE         )
18   ROSER and Police Officer CARY OCHAB,        )
     each in his individual and official capacities; )
19   and DOES 1 to 10, inclusive,                )
                                                 )
20             Defendants.                        )
                                                 )
21

22        Upon the Joint Motion of the parties, and for good cause being shown, the above entitled action

23   is dismissed in its entirety.  The Clerk of Court is directed to close this file.

24        IT IS SO ORDERED.

25   DATED:  February 25, 2008

26   _____

27        Hon. Jeffrey T. Miller
          United States District Judge

28